# EXHIBIT A

Case 5:15-cv-00703-XR   Document 1-1   Filed 08/18/15   Page 1 of 3

## INFORMATION PURSUANT TO 28 U.S.C. § 1446

(1)     A list of all parties in the case, their party type (e.g., plaintiff, defendant, intervenor, receiver, etc.) and current status of the removed case (pending, dismissed);

>William David Smith
>*Plaintiff*
>
>ESA Transportation
>*Defendant*
>
>Edgar Ivan Torres
>*Defendant*
>
>The removed case is currently pending.

(2)     A civil cover sheet and a copy of the state court docket sheet; a copy of all pleadings that assert causes of action (e.g. complaints, amended complaints, supplemental complaints, counterclaims, cross-actions, third party actions, interventions, etc.); all answers to such pleadings and a copy of all process and orders served upon the party removing the case to this court, as required by 28 U.S.C. § 1446(a).

>See attached civil cover sheet and documents attached to Defendant's Notice of Removal as *Exhibits A and B*.

(3)     A complete list of attorneys involved in the action being removed, including each attorney's bar number, address, telephone number and party or parties represented by him/her; and

>Paula Wyatt
>State Bar No. 10541400
>Wyatt W Law Firm
>70 NE Interstate 410 Loop, Suite 725
>San Antonio, Texas 78216
>(210) 702-2162
>(210) 340-5591 (fax)
>pwyatt@wyattlawfirm.com
>*Counsel for Plaintiff William David Smith*
>
>Zach T. Mayer
>Texas Bar No. 24013118
>Jason W. Kerr
>Texas Bar No. 24032619
>KANE RUSSELL COLEMAN & LOGAN PC
>1601 Elm Street, Suite 3700
>Dallas, Texas 75201

(214) 777-4200
(214) 777-4299 (fax)
*Counsel for Defendants ESA Transportation and Edgar Ivan Torres*

(4)    A record of which parties have requested a trial by jury (this information is in addition to placing the word "jury" at the top of the Notice of Removal immediately below the case number);

Plaintiff William David Smith has requested a trial by jury.

(5)    The name and address of the court from which the case is being removed.

37th District Court
Bexar County Courthouse
100 Dolorosa, 4th floor
San Antonio, Texas 78205